**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| U.S. INTERACTIVE, INC., | ) | No. 01-0225 (MFW) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. A-01-4692 |
| v. | ) | JURY DEMANDED |
| | ) | |
| AMERICAN COMMUNICATIONS NETWORK, INC., | ) | Civil Case No. 04-265 GMS |
| | ) | |
| Defendant. | ) | |

## ORDER

THE COURT having considered defendant American Communications Network, Inc.'s Motion to Withdraw the Reference (the "Motion"), and any response thereto, and after a hearing, and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The reference of the above captioned adversary proceeding (the "Action") to the United States Bankruptcy Court for the District of Delaware is hereby WITHDRAWN.


Dated: March 2, 2005                    _____/s/_____

                                         UNITED STATES DISTRICT JUDGE