United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: U.S. Interactive, Inc.<br>　　　　　　Debtor<br>_____, | Case No.: 01-224 (MFW) |
| U.S. Interactive, Inc.<br>　　　　　　Plaintiff<br>　　v.<br>_____, | Chapter: 11<br><br>Adv. Proc. No.: 01-04692 (MFW) |
| American Communications<br>Network, Inc.<br>　　　　　　Defendant | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　Address of Clerk:　　824 Market Street, 5th Floor
　　　　　　　　　　　　　　　Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　　　　　　　　　Derrick A. Dyer, Esquire
　　　　　　　　　　　　Dilworth Paxson LLP
　　　　　　　　　　　　3200 Mellon Bank Center
　　　　　　　　　　　　1735 Market Street
　　　　　　　　　　　　Philadelphia, PA 19103

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

　　　　United States Bankruptcy Court
　　　　824 Market Street, 6th Floor
　　　　Wilmington, Delaware 19801　　　　　　**Date and Time: February 8, 2002 at 3:00 p.m.**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　　　　　/s/ David D. Bird
Date: December 26, 2001　　　　　　　　　　*Clerk of the Bankruptcy Court*

WP3:716313.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　57935.1001

## CERTIFICATE OF SERVICE

I, Chandra Rudloff, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made December 26, 2001 by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**Jayne Diorka**
**Registered Agent for American Communications Network, Inc.**
**32991 Hamilton Ct.**
**Farmington Hills, MI 48334**

Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: The defendant was served as follows: [Describe briefly]

State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

12·26·01
_____                                        _____
Date                                                              Signature

        Joseph A. Malfitano
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        PO Box 391
        Wilmington Delaware 19801