UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : |
| | : Chapter 11 |
| U.S. INTERACTIVE, INC. | : |
| | : |
| Debtor | : |
| | : Case No: 01-00224 (MFW) |
| | : |
| U.S. INTERACTIVE, INC. | : Adversary Proceeding |
| Plaintiff, | : No A-01-4692 |
| v. | : |
| AMERICAN COMMUNICATIONS | : |
| NETWORK, INC. | : |
| Defendant. | : |
| | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that the **Initial Disclosures of Plaintiff U.S. Interactive, Inc.,** was served on this 2nd day of April, 2002 on the following parties in the manner indicated:

> Jayne Diorka
> 32991 Hamilton Court
> Farmington Hills, MI 48334
> (Registered Agent for Amer. Comm. Network, Inc.)
> *First Class Mail*

Dated: April 2, 2002

Joseph Malfitano, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, Delaware 19801
(302) 571-6600

and

Martin J. Weis, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7501
(215) 575-7000

Attorneys for U.S. Interactive, Inc.