## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | |
| : | Chapter 11 |
| U.S. INTERACTIVE, INC. : | |
| : | |
| **Debtor** : | |
| : | Case No: 01-00224 (MFW) |
| : | |
| U.S. INTERACTIVE, INC. : | Adversary Proceeding |
| **Plaintiff,** : | No A-01-4692 |
| v. : | |
| AMERICAN COMMUNICATIONS : | |
| NETWORK, INC. : | |
| **Defendant.** : | |
| : | |

### SCHEDULING ORDER

The Court, having held a pre-trial scheduling conference in the above-captioned adversary action (the "Adversary Action") on January 5, 2004 and the Court having considered any suggestions of counsel for the Plaintiff and counsel for the Defendant in this Adversary Action; and good cause appearing therefore,

IT IS ORDERED that:

1. <u>Initial Disclosures</u>. Initial disclosures required by Rule 7026(a)(1) of the Federal Rules of Bankruptcy Procedure shall be made on or before January 26, 2004.

2. <u>Joinder of other Parties and Amendment of Pleadings</u>. All motions to join other parties and to amend or supplement the pleadings shall be filed on or before February 23, 2004.

3. <u>Discovery Cut Off</u>. Fact discovery in the case shall be initiated so that it will be completed on or before May 17, 2004. The parties shall disclose expert witnesses on or before June 2, 2004. Expert rebuttal witnesses shall be disclosed no later than June 18, 2004. Expert discovery shall be completed no later than July 7, 2004. The deadlines set forth herein relating to discovery may be extended by mutual agreement between the parties or by motion for good cause shown.

4. <u>Status Conference</u>. In the absence of settlement, dismissal, or the entry of judgment, a further status conference to address issues, deadlines and trial dates concerning this Adversary Action will be held, if necessary, on the first Omnibus Hearing Date after July 7, 2004.

5. <u>Dispositive Motions</u>. Dispositive motions shall be filed no later than 30 days after the close of fact and expert discovery. Responses to dispositive motions shall be due 30 days after service of the particular dispositive motion.

6. <u>Service</u>. Upon entry of this Order, Plaintiff will cause a copy of this Order to be served on the Defendant and/or its counsel.

7. <u>Effective</u>. This Order will become effective as of the date of the entry of this Order.

DATED: January 5, 2004

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

2