IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 01 0224 (MFW) |
| | ) | |
| U.S. INTERACTIVE, CORP. (Delaware) | ) | Chapter 11 |
| *et al.*, | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

| | | |
|---|---|---|
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. A-01-4692 |
| v. | ) | JURY DEMANDED |
| | ) | |
| AMERICAN COMMUNICATIONS NETWORK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Chad J. Toms, Esquire, hereby certify that on this 15th day of March, 2004, a copy of DEFENDANT AMERICAN COMMUNICATIONS NETWORK, INC.'S DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE was served on the following party in the manner indicated:

**VIA HAND DELIVERY**
Seth J. Reidenberg
Youg Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

SAUL EWING LLP

/s/ Chad J. Toms
Chad J. Toms (No. 4155)

495673.1 3/15/04

222 Delaware Avenue, Suite 1200  
P. O. Box 1266  
Wilmington, DE  19899-1266  
(302) 421-6800  

Attorneys for Defendants American Communications Network, Inc.

Dated: March 15, 2004

## CERTIFICATE OF SERVICE

I, Chad J. Toms, Esquire, hereby certify that on this 15th day of March, 2004, a copy of the foregoing NOTICE OF SERVICE was served on the following party in the manner indicated:

**VIA HAND DELIVERY**
Seth J. Reidenberg
Youg Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

**/s/ Chad J. Toms**
**Chad J. Toms**