## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 01-0225 (MFW) |
| | ) | |
| U.S. INTERACTIVE, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. A-01-4692 |
| v. | ) | JURY DEMANDED |
| | ) | |
| AMERICAN COMMUNICATIONS | ) | |
| NETWORK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AMERICAN COMMUNICATIONS NETWORK, INC.'S
### MOTION TO WITHDRAW THE REFERENCE

Defendant American Communications Network, Inc. ("ACNI"), by and through its undersigned counsel, hereby moves the Court for entry of an Order, pursuant to 28 U.S.C. §157(d), withdrawing the reference of the above-captioned adversary proceeding (the "Action") to the United States Bankruptcy Court for the District of Delaware for the reasons set forth in the accompanying American Communications Network, Inc.'s Brief in Support of its Motion to Withdraw the Reference.

WHEREFORE, ACNI prays that the Court enter an order withdrawing the reference of the Action to the United States Bankruptcy Court for the District of Delaware and granting ACNI such other relief as is just and proper.


Linda Richenderfer (No. 4138)
Chad J. Toms (No. 4155)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800

Attorneys for Defendant
American Communications Network, Inc.

Dated:  March 30, 2004