# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 01 0225 (MFW) |
| | ) | |
| U.S. INTERACTIVE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. A-01-4692 |
| v. | ) | JURY DEMANDED |
| | ) | |
| AMERICAN COMMUNICATIONS NETWORK, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Chad J. Toms, Esquire, hereby certify that on the 16th day of April, 2004, copies of the foregoing DEFENDANT AMERICAN COMMUNICATIONS NETWORK, INC.'S FIRST SET OF DOCUMENT REQUESTS DIRECTED TO PLAINTIFF U.S. INTERACTIVE, INC were served on the following party in the manner indicated:

**VIA HAND DELIVERY**
Seth J. Reidenberg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

498391.1 4/16/04

-2-

                                   SAUL EWING LLP

                                   /s/ Chad J. Toms
                                   Linda Richenderfer (No. 4138)
                                   Chad J. Toms (No. 4155)
                                   222 Delaware Avenue, Suite 1200
                                   P. O. Box 1266
                                   Wilmington, DE  19899-1266
                                   (302) 421-6800

                                   Attorneys for Defendant American
                                   Communications Network, Inc.

Dated: April 16, 2004