# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 01 0225 (MFW) |
| | ) | |
| U.S. INTERACTIVE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. A-01-4692 |
| v. | ) | JURY DEMANDED |
| | ) | |
| AMERICAN COMMUNICATIONS | ) | |
| NETWORK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Chad J. Toms, Esquire, hereby certify that on the 16th day of April, 2004, copies of the foregoing DEFENDANT AMERICAN COMMUNICATIONS NETWORK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS DIRECTED TO PLAINTIFF U.S. INTERACTIVE, INC. were served on the following party in the manner indicated:

**VIA HAND DELIVERY**
Seth J. Reidenberg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

498392.1 4/16/04

-2-

        SAUL EWING LLP

        /s/ Chad J. Toms
        Linda Richenderfer (No. 4138)
        Chad J. Toms (No. 4155)
        222 Delaware Avenue, Suite 1200
        P. O. Box 1266
        Wilmington, DE  19899-1266
        (302) 421-6800

        Attorneys for Defendant American
        Communications Network, Inc.

Dated: April 16, 2004