UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | |
| : | Chapter 11 |
| U.S. INTERACTIVE, INC. : | |
| : | |
| Debtor : | |
| : | Case No: 01-00224 (MFW) |
| : | |
| U.S. INTERACTIVE, INC. : | |
| Plaintiff, : | Adversary Proceeding |
| : | No A-01-4692 |
| v. : | |
| AMERICAN COMMUNICATIONS : | |
| NETWORK, INC. : | |
| Defendant. | |

### Notice of Service

PLEASE TAKE NOTICE that on May 6, 2004, Plaintiff's First Set of Interrogatories and First Request For Production of Documents Directed to Defendant was served upon counsel for the Defendant, along with this Notice of Service, in the following manner upon all parties identified below:

**BY HAND DELIVERY**

Chad J. Toms, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

_____
Seth J. Reidenberg, Esquire (No. 3657)

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | |
| : | Chapter 11 |
| U.S. INTERACTIVE, INC. : | |
| : | |
| Debtor : | |
| : | Case No: 01-00224 (MFW) |
| : | |
| U.S. INTERACTIVE, INC. : | Adversary Proceeding |
| Plaintiff, : | No A-01-4692 |
| v. : | |
| AMERICAN COMMUNICATIONS : | |
| NETWORK, INC. : | |
| Defendant. | |

### Notice of Service

PLEASE TAKE NOTICE that on May 6, 2004, Plaintiff's First Set of Interrogatories and First Request For Production of Documents Directed to Defendant was served upon counsel for the Defendant, along with this Notice of Service, in the following manner upon all parties identified below:

### BY HAND DELIVERY

Chad J. Toms, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

_____
Seth J. Reidenberg, Esquire (No. 3657)