UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | |
| : | **Chapter 11** |
| U.S. INTERACTIVE, INC. : | |
| : | |
| **Debtor** : | |
| _____: | **Case No: 01-00224 (MFW)** |
| : | |
| U.S. INTERACTIVE, INC. : | **Adversary Proceeding** |
| **Plaintiff,** : | **No A-01-4692** |
| v. : | |
| AMERICAN COMMUNICATIONS : | |
| NETWORK, INC. : | |
| **Defendant.** : | |

### Notice of Service

PLEASE TAKE NOTICE that on May 13, 2004, Plaintiff's Responses to Defendant's Requests for Admissions was served upon counsel for the Defendant, along with this Notice of Service, in the following manner upon all parties identified below:

**BY HAND DELIVERY**
Chad J. Toms, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No.3657)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Attorneys for Plaintiff

Dated: May 13, 2004

WP3:1001125 1                                       57935 1001