## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 01 0225 (MFW) |
| | ) | |
| U.S. INTERACTIVE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 04-0265 - GMS |
| v. | ) | |
| | ) | |
| AMERICAN COMMUNICATIONS | ) | JURY DEMANDED |
| NETWORK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance in this action on behalf of Defendant American Communications Network, Inc..

**SAUL EWING LLP**

/s/ Linda Richenderfer
Linda Richenderfer (No. 4138)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6804

Counsel for Defendant American
Communications Network, Inc.

DATED:  February 27, 2006

533275.1 2/27/06

## CERTIFICATE OF SERVICE

I, Linda Richenderfer, Esquire hereby certify that a true and correct copy of the attached Entry of Appearance of Counsel was served on this 27th day of February, 2006 to the following parties in the manner indicated.

### VIA HAND DELIVERY

Seth J. Reidenberg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

/s/ Linda Richenderfer
Linda Richenderfer