## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on March 1, 2006, I caused to be served copies of the First Amended Complaint along with a copy of this Certificate of Service in the manner indicated upon the parties identified below:

**Via Electronic Filing**

Linda Richenderfer Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6600) Phone
(302) 576-3442) Fax
(sreidenberg@ycst.com)