

SAUL
EWING
Attorneys at Law
A Delaware LLP

Celebrating 85 years of service.

Chad J. Toms
Phone: (302) 421-6895
Fax: (302) 421-5888
ctoms@saul.com
www.saul.com

April 7, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

    Re:   *U.S. Interactive, Inc. v. American Communications Network, Inc.*
           *Adversary No.: 01-4692*
           *Our File No.: 15628-80021*

Dear Judge Sleet:

    In anticipation of the discovery teleconference scheduled for April 11, 2006 at 2:00 p.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

    **Plaintiff's Issues**: None.

    **Defendant's Issues:**

    •     "Plaintiff's failure to produce documents." On or about April 16, 2004, Defendant served upon the Plaintiff, *Defendant American Communications Network, Inc.'s First Set of Document Requests Directed to Plaintiff U.S. Interactive, Inc.* (the "Document Requests"). Plaintiff's responses were originally due on or before May 17, 2004. By letter dated February 27, 2006, Defendant again requested responses to the Document Requests.

    Plaintiff served responses to Defendant's Document Requests April 7, 2006.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

534945.1 4/6/06    A DELAWARE LIMITED LIABILITY PARTNERSHIP

The Honorable Gregory M. Sleet
April 7, 2006
Page 2

- "Plaintiff's supplemental responses to interrogatories." By letter dated February 27, 2006, Defendant requested supplemental responses to three of Plaintiff's interrogatory responses, particularly interrogatories 10, 11 and 12. To date, Plaintiff has not supplemented its responses nor has it responded to the February 27, 2006 letter.

*Interrogatories 10 and 12:* Plaintiff was asked to identify individuals who performed work for the Defendant, identify the qualifications possessed or training received by those persons related to their services and to identify any communication regarding the quality of services provided by the Plaintiff. Plaintiff identified the individuals providing services to the Defendant but objected to the remaining requests. Defendant's fourth affirmative defense asserts that Defendant suffered damages and incurred expenses arising out of or resulting from defects in the services provided by Plaintiff.

*Interrogatory 11:* Plaintiff was asked about the parties' attempts to enter into a second contract titled "Software License and Service Agreement" following the expiration of the Consultancy Services Agreement referred to in the Complaint. Plaintiff objected to the interrogatory and claimed lack of knowledge.

Plaintiff intends to supplement certain of the interrogatories and will advise the Court accordingly during the teleconference.

Respectfully,

Chad J. Toms

cc:   Seth J. Reidenberg, Esquire

534945.1 4/6/06