IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: U.S. INTERACTIVE CORP.

| | |
|---|---|
| U.S. Interactive, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>American Communications Network, Inc., )<br>)<br>Defendant. ) | Civil Action: 04-265 GMS |

### Notice of Service

PLEASE TAKE NOTICE that on April 7, 2006, Plaintiff's Responses to Defendant's First Request for Production of Documents was served upon counsel for the Defendant, along with this Notice of Service, in the following manner upon all parties identified below:

**BY HAND DELIVERY**
Chad J. Toms, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No.3657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
(sreidenberg@ycst.com)

Dated: April 7, 2006        Attorneys for Plaintiff

DB02:5272794.1        057935.1001

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service were served this 7th day of April, 2006, upon the following in the manner indicated:

### BY HAND DELIVERY

Chad J. Toms, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No. 3657)
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
sreidenberg@ycst.com
Attorneys for Plaintiff

Dated: April 7, 2006

DB02:5272794.1                                                                                              057935.1001