IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: U.S. INTERACTIVE CORP.

| | |
|---|---|
| U.S. Interactive, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>American Communications Network, Inc., )<br>)<br>Defendant. ) | Civil Action: 04-265 GMS |

**Notice of Service**

PLEASE TAKE NOTICE that on April 18, 2006, Plaintiff's Supplemental Responses to Defendant's Interrogatories was served upon counsel for the Defendant, along with this Notice of Service, in the following manner upon all parties identified below:

**BY HAND DELIVERY**
Chad J. Toms, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No.3657)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Dated: April 18, 2006        Attorneys for Plaintiff