## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service were served this 18th day of April, 2006, upon the following in the manner indicated:

### BY HAND DELIVERY

Chad J. Toms, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801


_____  No 3657
Seth J. Reidenberg, Esquire