# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 01 0225 (MFW) |
| | ) | |
| U.S. INTERACTIVE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 04-0265 - GMS |
| v. | ) | |
| | ) | |
| AMERICAN COMMUNICATIONS NETWORK, INC., | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Chad J. Toms, Esquire, hereby certify that on the 12th day of May, 2006, copies of the following discovery items were served on the party listed below in the manner indicated:

1.) Defendant American Communications Network, Inc.'s Second Set of Interrogatories Directed to Plaintiff U.S. Interactive, Inc.

2.) Defendant American Communications Network, Inc.'s Second Set of Document Requests Directed to Plaintiff U.S. Interactive, Inc.

3.) Defendant American Communications Network, Inc.'s Second Set of Requests for Admissions Directed to Plaintiff U.S. Interactive, Inc.

<u>**VIA HAND DELIVERY**</u>
Seth J. Reidenberg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

SAUL EWING LLP

/s/ Chad J. Toms
Chad J. Toms (No. 4155)
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE  19899-1266
(302) 421-6800

Attorney for Defendant American Communications Network, Inc.

Dated: May 12, 2006

## CERTIFICATE OF SERVICE

I, Chad J. Toms, certify that on May 12, 2006, two copies of the NOTICE OF SERVICE were served on the following party in the manner indicated:

**VIA HAND DELIVERY**
Seth J. Reidenberg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

/s/ Chad J. Toms
Chad J. Toms (I.D. No. 4155)

536054.1 5/12/06