IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: U.S. INTERACTIVE CORP.

| | |
|---|---|
| U.S. Interactive, Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action: 04-265 GMS |
| ) | |
| v. ) | |
| ) | |
| American Communications Network, Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

TO:  Chad J. Toms Esquire                      Linda Richenderfer Esquire
     Saul Ewing LLP                             Bifferato, Gentilotti, Biden
     222 Delaware Avenue, Suite 1200             & Balick, LLC
     Wilmington, DE 19899-1266                  1308 Delaware Avenue
                                                Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of Robert Stevanovski will take place at 13620 Reese Boulevard, East, Suite 400, Building XII, Huntersville, NC 28078 on Tuesday, June 13, 2006, beginning at 11:30 a.m.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Seth J. Reidenberg, Esquire (No. 3657)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6600) Phone
(302) 576-3442) Fax
(sreidenberg@ycst.com)
Attorneys for Plaintiff U. S. Interactive, Inc.

Dated: June 2, 2006