## CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on Monday, June 5, 2006, I caused to be served two copies of the **Notice of Deposition** of Robert Stevanovski via electronic filing upon the parties identified below:

Chad J. Toms Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899-1266

Linda Richenderfer Esquire
Bifferato, Gentilotti, Biden
 & Balick, LLC
1308 Delaware Avenue
Wilmington, DE 19801

_____
Seth J. Reidenberg, Esquire (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6600) Phone
(302) 576-3442) Fax
(sreidenberg@ycst.com)

cc:   Court Reporters