IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: U.S. INTERACTIVE CORP.

| | |
|---|---|
| U.S. Interactive, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> American Communications Network, Inc., ) <br> ) <br> Defendant. ) | Civil Action: 04-265 GMS |

### NOTICE OF DEPOSITION

TO:   Chad J. Toms Esquire                      Linda Richenderfer Esquire
        Saul Ewing LLP                              Bifferato, Gentilotti, Biden
        222 Delaware Avenue, Suite 1200              &amp; Balick, LLC
        Wilmington, DE 19899-1266                    1308 Delaware Avenue
                                                                           Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of Michael McGarry will take place at the law firm of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, (302) 571-6600, on Friday, June 9, 2006, beginning at 9:00 a.m.

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        _____
                        Seth J. Reidenberg, Esquire (No. 3657)
                        The Brandywine Building, 17th Floor
                        1000 West Street
                        Wilmington, DE 19801

                        P.O. Box 391
                        Wilmington, DE 19899
                        (302) 571-6600) Phone
                        (302) 576-3442) Fax
                        (sreidenberg@ycst.com)
                        Attorneys for Plaintiff U. S. Interactive, Inc.

Dated: June 5, 2006