CERTIFICATE OF SERVICE

I, Seth J. Reidenberg, Esquire, hereby certify that on Monday, June 5, 2006, I caused to be served two copies of the **Notice of Deposition** of Michael McGarry via electronic filing upon the parties identified below:

| | |
|---|---|
| Chad J. Toms Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899-1266 | Linda Richenderfer Esquire<br>Bifferato, Gentilotti, Biden<br>  & Balick, LLC<br>1308 Delaware Avenue<br>Wilmington, DE 19801 |

_____
Seth J. Reidenberg, Esquire (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6600) Phone
(302) 576-3442) Fax
(sreidenberg@ycst.com)

cc:   Wilcox & Fetzer Court Reporters