IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 01 0225 (MFW) |
| | ) | |
| U.S. INTERACTIVE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 04-0265 - GMS |
| v. | ) | |
| | ) | |
| AMERICAN COMMUNICATIONS | ) | JURY DEMANDED |
| NETWORK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF RULE 30(b)(6) DEPOSITION

TO:  Seth J. Reidenberg, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 30(b)(6), the defendant, American Communications Network, Inc. ("ACN"), through its attorneys, will take the oral deposition of one or more individuals designated by U.S. Interactive, Inc. ("USI") on June 9, 2006 at 1:00 p.m. at the offices of Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, Wilmington, Delaware 19801. The scope on which the examination is requested is as follows:

   1.   Decision to use ConnectEx and TelcoCare as part of the Resale Integrated Customer Care Project (the "RICC Project");

    2.    USI's contention that the Consultancy Services Agreement, dated July 16, 1999, attached to the Complaint as Exhibit A, was extended by agreement of the parties until April of 2001; and

    3.    Issuance of any credits to ACN by USI.

The deposition will take place before an officer duly authorized by law to take testimony under oath and will continue from day to day thereafter until completion. You are invited to attend and examine the witness.

                                                          SAUL EWING LLP

                                                           Chad J. Toms (No. 4155)
                                                           222 Delaware Avenue, Suite 1200
                                                           P. O. Box 1266
                                                           Wilmington, DE 19899-1266
                                                           (302) 421-6800
                                                           ctoms@saul.com
                                                           Attorney for Defendant American
                                                           Communications Network, Inc.

DATED:    June 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2006, I electronically filed the NOTICE OF RULE 30(b)(6) DEPOSITION with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA HAND DELIVERY**

Seth J. Reidenberg, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Chad J. Toms (I.D. No. 4155)