IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | No. 01 0225 (MFW) |
| ) | |
| U.S. INTERACTIVE, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

| | |
|---|---|
| U.S. INTERACTIVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 04-0265 - GMS |
| v. ) | |
| ) | |
| AMERICAN COMMUNICATIONS ) | JURY DEMANDED |
| NETWORK, INC., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF ERRATA REGARDING
NOTICE OF RULE 30(b)(6) DEPOSITION

**PLEASE TAKE NOTICE** that on June 7, 2006, American Communications Network, Inc. ("the Defendant"), filed the **Notice of Rule 30(b)(6) Deposition** (the "Notice") (Docket No. 27).

**PLEASE TAKE FURTHER NOTICE** that the deposition date of June 9, 2006 was inadvertently stated as June 7, 2006 on the transmittal page, which was filed with the Court. The Notice has been re-filed with the Court as Docket No. 28, containing the correct information on said page.

SAUL EWING LLP

_____
Chad J. Toms (No. 4155)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899-1266
(302) 421-6800
Attorney for Defendant American
Communications Network, Inc.