IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 01 0225 (MFW) |
| | ) | |
| U.S. INTERACTIVE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| U.S. INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 04-0265 - GMS |
| v. | ) | |
| | ) | |
| AMERICAN COMMUNICATIONS NETWORK, INC., | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO: Seth J. Reidenberg, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of Sunil Mathur will take place on June 9, 2006 at 1:00 p.m. at the offices of Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, Wilmington, Delaware 19801. The deposition will take place before an officer duly authorized by law to take testimony under oath and will continue from day to day thereafter until completion. You are invited to attend and examine the witness.

SAUL EWING LLP

_____
Chad J. Toms (No. 4155)
222 Delaware Avenue, Suite 1200
P. O. Box 1266

                              Wilmington, DE  19899-1266
                              (302) 421-6800
                              ctoms@saul.com
                              Attorney for Defendant American
                              Communications Network, Inc.

DATED:    June 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2006, I electronically filed the NOTICE OF DEPOSITION with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA HAND DELIVERY**

Seth J. Reidenberg, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Chad J. Toms (I.D. No. 4155)