# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302 571-6706
DIRECT FAX: 302 576-3442
sreidenberg@ycst.com

June 9, 2006

**Via Electronic Filing**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re: U.S. Interactive, Inc. v. American Communications Network, Inc.
C.A. No: 04-265 GMS

Dear Judge Sleet:

I am pleased to inform you that the parties have amicably resolved this matter. The parties anticipate filing a Stipulation of Dismissal before the end of June.

If the Court has any questions regarding this matter, counsel is available at the Court's convenience.

Respectfully submitted,

Seth J. Reidenberg (No. 3657)

SJR:mjh
cc: Chad J. Toms, Esquire (via e-file)
Linda Richenderfer, Esquire (via e-file)

DB01:2119557.1

057935.1001