## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

August 1, 2006

TO:    Counsel

RE:    U.S. Interactive, Inc. v. American Communications Network, Inc.
        Civil Action No. 04-265 GMS

Dear Counsel:

    Pursuant to counsel's letter to Judge Sleet dated June 9, 2006, please file either a stipulation of dismissal or a joint status report, via electronic case filing, no later than August 15, 2006.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet