IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: U.S. INTERACTIVE CORP.

| | |
|---|---|
| U.S. Interactive, Inc.,              )<br>                          )<br>     Plaintiff,      )<br>                          )<br>  v.                  )<br>                          )<br>American Communications Network, Inc.,  )<br>                          )<br>     Defendant.    )| Civil Action:  04-265 GMS |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY stipulated by and between the undersigned counsel that Plaintiff,

U.S. Interactive, Inc., hereby dismisses the action against American Communications

Network, Inc., with prejudice.

| | |
|---|---|
| YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP | BIFFERATO GENTILOTTI BIDEN<br>  & BALICK, P.A. |
| _____ | _____ |
| Seth J. Reidenberg, Esquire (No. 3657)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801 | Chad J. Toms (No. 4155)<br>1808 Delaware Avenue<br>P. O. Box 2165<br>Wilmington, DE  19899-2165<br>(302) 429-0907 |
| P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600) Phone<br>(302) 576-3442) Fax<br>(sreidenberg@ycst.com) | *Attorney for Defendant, American*<br>*Communications Network, Inc.* |

*Attorneys for Plaintiff U. S. Interactive, Inc.*